United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Stephan R Abel  
    Debtor

Case No. 22-00216-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Feb 23, 2022      Form ID: pdf010      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephan R Abel, 780 Fahn St, York, PA 17404-2446 |
| 5458893 | + | 360 Credit Card, 11305 Four Points Drive, Austin, TX 78726-2204 |
| 5458891 | | Att Cellular Services, PO Box 181861, Columbus, OH 43218 |
| 5458892 | + | Cape Fear Trustee Services, 600 Lynn haven Pkwy Suite 100, Virginia Beach, VA 23452-7319 |
| 5458894 | + | Mr Cooper, 119 S Main Street, Memphis, TN 38103-3647 |
| 5458896 | + | So Cal Credit Union, 2620 Regatta Dr Ste 108, Las Vegas, NV 89128-6892 |
| 5458895 | + | Walker and Wellington, PO Box 45841, Salt Lake City, UT 84139-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 23 2022 18:45:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5459463 | | Email/Text: G06041@att.com | Feb 23 2022 18:45:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5459342 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2022 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5459154 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 18:45:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2022      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Stephan R Abel

                Debtor 1

Chapter: 13
Case No.: 1:22-bk-00216 HWV

## ORDER DISMISSING CASE

IT IS ORDERED that this case is hereby dismissed due to the debtor(s) failure to comply with Order dated February 4, 2022.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 23, 2022

Order Dismissing Case – Revised 4/18